MARGARET M. KOSTER, as Executrix, etc., of HARRY R. KOSTER, Deceased, Respondent, v. THE WESTCHESTER COUNTY BREWING COMPANY, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery

of damages to $18,000 and to reduce the interest on the verdict proportionately; in which event the judgment, as so reduced, and the order are unanimously affirmed, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.